In re CHASE. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.)

In the matter of the petition of George E. Chase to cancel liquor-tax certificate No. 18,745, granted to Thomas A. Perew. No opinion. Order affirmed, with $10 costs and disbursements.